**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) |  |
| v. | **APPLICATION FOR REFUND OF FEES; ORDER THEREON** |
| DEFENDANT(S) |  |

*Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.*

**SECTION I**

Name of Applicant: _____
Amount Paid: $ _____
Requested Refund Amount: $ _____
Document Title and Docket #: _____
_____
Transaction Date: _____
Receipt Number: _____
(If paid by cash/check only)

**Reason for refund request:**
☐ Duplicate payment submitted
☐ Fee paid even though none was required
☐ Overpayment of a required filing fee
☐ Pro hac vice application denied (order attached)
☐ Other:

**SECTION II** (*Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.*)

Account Holder Name: _____
Pay.gov Tracking ID: _____
Agency Tracking ID: _____

*PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.*
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

*For Court Use Only*

**Fiscal Department**

☐ Refund issued.

☐ Application for refund denied:
  ☐ Application seeks refund of fee that was not paid.
  ☐ Previous court order indicates fee is not to be refunded.

☐ Application referred to U.S. District/Magistrate Judge for ruling.

Notes:

IT IS ORDERED that the application for refund of fees is:

☐ GRANTED   ☐ DENIED

_____
United States District/Magistrate Judge

G-124 (11/17)   APPLICATION FOR REFUND OF FEES; ORDER THEREON