BENJAMIN A. HERBERT (State Bar No. 277356)
bherbert@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

LAWRENCE ROBERT LAPORTE (State Bar No. 130003)
lawrence.laporte@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD and SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for HYPER ICE, INC. and HYPERICE IP SUBCO, LLC

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

HYPER ICE, INC. and HYPERICE IP SUBCO, LLC,

Plaintiffs,

v.

TOLOCO, INC,

Defendant.

---

TOLOCO, INC.,

Cross-Complainant,

v.

HYPER ICE, INC. and HYPERICE IP SUBCO, LLC,

Cross-Defendants.

**CASE NO. 8:24-cv-00099-JWH-DFMx**

**PLAINTIFFS/COUNTER-DEFENDANTS' ANSWER TO DEFENDANT/COUNTER-CLAIMANT'S COUNTERCLAIMS**

**JURY TRIAL DEMANDED**

Plaintiffs Hyper Ice, Inc., and Hyperice IP Subco, LLC, ("Plaintiffs" or, collectively, "Hyperice") by and through their undersigned attorneys, hereby submit the following Answer to the Counterclaims filed by Defendant Toloco, Inc. ("Toloco" or "Defendant").

**THE PARTIES**

1. Toloco, Inc. is a California corporation with a principal place of business at 9080 Telstar Ave., Suite 332, El Monte, CA 91731.

**ANSWER:** Admitted.

2. On information and belief, Hyper Ice, Inc. is a corporation organized under the laws of the State of California, with its principal place of business at 525 Technology Drive, Suite 100, Irvine, CA 92618.

**ANSWER:** Admitted.

3. On information and belief, Hyperice IP Subco, LLC is a limited liability company organized under the laws of the State of Minnesota.

**ANSWER:** Denied. Hyperice IP Subco, LLC is a limited liability company organized under the laws of the State of Delaware.

**JURISDICTION AND VENUE**

4. This is an action for declaratory judgment under 28 U.S.C. §§ 2201 and 2202. This Court has subject matter jurisdiction over these Counterclaims under 28 U.S.C. §§ 1331 and 1338(a). These Counterclaims arise under the patent laws of the United States.

**ANSWER:** Admitted.

5. This Court has personal jurisdiction over Hyper Ice, Inc. and Hyperice IP Subco, LLC, at least because Hyperice has submitted to the jurisdiction of this District.

**ANSWER:** Admitted.

6. Venue for these Counterclaims is proper in this District under 28 U.S.C. §§ 1391 and 1400.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**ANSWER:** Admitted.

## FACTUAL BACKGROUND

7. In the Complaint, Hyper Ice, Inc. and Hyperice IP Subco, LLC (collectively, "Hyperice") assert that Toloco has infringed U.S. Patent No. 11,857,482 (the '482 Patent").

**ANSWER:** Admitted.

8. The '482 Patent is invalid, is unenforceable by Hyperice, and/or has not been and is not being infringed by Toloco, either directly or indirectly, literally or under the doctrine of equivalents.

**ANSWER:** Denied.

9. There is an actual case or controversy between the parties over the invalidity, unenforceability, and noninfringement of the '482 Patent.

**ANSWER:** Admitted.

## COUNT I: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 11,857,482

10. Toloco restates and incorporates by reference its allegations in Paragraphs 1 through 9 of its Counterclaims.

**ANSWER:** Hyperice repeats and realleges its answers to Paragraphs 1-9 above.

11. An actual case or controversy exists between Toloco and Hyperice as to whether the '482 Patent is not infringed by Toloco.

**ANSWER:** Admitted.

12. A judicial declaration is necessary and appropriate so that Toloco may ascertain its rights regarding the '482 Patent.

**ANSWER:** Admitted.

13. Toloco has not infringed and does not infringe, directly or indirectly, literally or under the doctrine of equivalents, any valid and enforceable claim of the '482 Patent.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**ANSWER:** Denied.

**COUNT II: DECLARATORY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 11,857,482**

14. Toloco restates and incorporates by reference its allegations in Paragraphs 1 through 13 of its Counterclaims.

**ANSWER:** Hyperice repeats and realleges its answers to Paragraphs 1-13 above.

15. An actual case or controversy exists between Toloco and Hyperice as to whether the '482 Patent is invalid.

**ANSWER:** Admitted.

16. A judicial declaration is necessary and appropriate so that Toloco may ascertain its rights as to whether the '482 Patent is invalid.

**ANSWER:** Admitted.

17. The '482 Patent is invalid for failure to meet the conditions of patentability and/or otherwise comply with one or more of 35 U.S.C. §§ 100 et. seq., including Sections 101, 102, 103, 115 and 116.

**ANSWER:** Denied.

**COUNT III: DECLARATORY JUDGMENT OF UNENFORCEABILITY OF U.S. PATENT NO. 11,857,482**

18. Toloco restates and incorporates by reference its allegations in Paragraphs 1 through 13 of its Counterclaims and Paragraphs 6 through 15 of its Affirmative Defenses.

**ANSWER:** Hyperice repeats and realleges its answers to Paragraphs 1 through 13 of Toloco's Counterclaims. Paragraphs 6 through 15 of Toloco's Affirmative Defenses are legal conclusions and allegations to which no response is required. To the extent a response is required, Hyperice denies the allegations.

19. An actual case controversy exists between Toloco and Hyperice as to whether the '482 Patent is unenforceable due to inequitable conduct.

**ANSWER:** Admitted.

20. A judicial declaration is necessary and appropriate so that Toloco may ascertain its rights as to whether the '482 Patent is unenforceable.

**ANSWER:** Admitted.

21. The '482 Patent is unenforceable due to the inequitable conduct as detailed in Paragraphs 6 through 15 of Toloco's Affirmative Defenses.

**ANSWER:** Denied.

## AFFIRMATIVE DEFENSES

Hyperice's affirmative defenses are listed below. By alleging the Defenses set forth below, Hyperice does not agree or concede that they bear the burden of proof or the burden of persuasion on any of these issues, whether in whole or in part. Hyperice reserves the right to amend its Answer and to add and/or amend its Affirmative Defenses consistent with any facts discovered in this case.

## FIRST AFFIRMATIVE DEFENSE

**(Reservation of Rights)**

Hyperice reserves any and all additional defenses available under Section 35 of the United States Code, the rules, regulations, or laws related thereto, the Federal Rules of Civil Procedure, the Rules of this Court, and/or otherwise in law or equity, now existing, or later arising, as may be discovered as there has been no discovery in this case.

## PRAYER FOR RELIEF

WHEREFORE, Hyperice respectfully pray that this Court grant the following relief:

A. Enter judgment that Toloco is not entitled to any of the relief requested in its Answer and Counterclaims;

B. Enter judgment that the claims of the '482 Patent are valid and enforceable;

C. Enter judgment that Toloco has infringed '482 Patent;

Miller Barondess, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600 Los Angeles, California 90067
Tel: (310) 552-4400 Fax: (310) 552-8400

D. Enter judgment in favor of Hyperice and against Toloco on all claims and grant the relief sought in Hyperice's Complaint;

E. Find that this is an exceptional case under 35 U.S.C. § 285 and award Hyperice its reasonable attorney fees and costs; and

F. Award Hyperice any and all other relief that the Court deems just and proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Hyperice hereby demand a trial by jury of all issues so triable.

DATED: June 3, 2024

MILLER BARONDESS, LLP

By: ______________________

BENJAMIN A. HERBERT

LAWRENCE ROBERT LAPORTE
LEWIS BRISBOIS BISGAARD and SMITH LLP

Attorneys for HYPER ICE, INC. and HYPERICE IP SUBCO, LLC

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this June 3, 2024, with a copy of this document via the Court's CM/ECF. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first-class mail on this same date.

*/s/ Benjamin A. Herbert*
Benjamin A. Herbert